No. 01–1074. GILMORE v. GENERAL ELECTRIC CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1211. FISHER v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–1222. SMITH v. TALLAHASSEE DEMOCRAT ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–1228. MORGAN, SUPERINTENDENT, STATE INSTITUTION AT SMITHFIELD, ET AL. v. ACKERIDGE. C. A. 3d Cir. Certiorari denied.

No. 01–1232. KAUFMAN ET AL. v. ALLIED PILOTS ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1235. OHIO v. BURNETT. Sup. Ct. Ohio. Certiorari denied.

No. 01–1236. NORTON v. CATANESE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1244. GREENWELL v. AZTAR INDIANA GAMING CORP. C. A. 7th Cir. Certiorari denied.

No. 01–1249. LONG WARRIOR v. BOXX. C. A. 9th Cir. Certiorari denied.

No. 01–1251. COOK v. CLEVELAND STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 01–1252. LYONS v. SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–1253. DOSS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–1257. Z. G. v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, FAMILY DIVISION, ET AL. Ct. App. D. C. Certiorari denied.